# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3758

_____

Myra Modupe Goswell-Renner

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: January 6, 2020
Filed: January 10, 2020
[Unpublished]

_____

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Myra Modupe Goswell-Renner, a citizen of The Gambia, petitions for review of an order of the Board of Immigration Appeals (BIA) denying her motion to reconsider, reopen, and terminate her removal proceedings. After careful review, we conclude the BIA did not abuse its discretion in denying Goswell-Renner's motion as untimely and numerically barred. See Mshihiri v. Holder, 753 F.3d 785, 789 (8th

Cir. 2014) (standard of review). Moreover, Goswell-Renner's challenge to the agency's jurisdiction over her removal proceedings is foreclosed by this court's precedent. <u>See</u> <u>Ali v. Barr</u>, 924 F.3d 983, 986 (8th Cir. 2019). Accordingly, the petition for review is denied. <u>See</u> 8th Cir. R. 47B.

_____